KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

BRIAN J. STRETCH (CASBN 163973)
Assistant United States Attorney
  1301 Clay Street Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3721
  Fax: (510) 637-2724

Attorneys for Plaintiff

FILED

OCT 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JOHN DAVID WILLIAMS, <br>     Defendant. | No. 05-70837 WDB <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, the United States Attorney for the Northern District of California dismisses the above-entitled matter. This request is based on the grounds that this same matter was filed under Case No. CR 05-70842 WDB on October 24, 2005, and will be prosecuted under that case number.

DATED: October 24, 2005.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

BRIAN J. STRETCH
Assistant United States Attorney

NOTICE OF DISMISSAL

cc: WDB's Stats, Copy to AUSA via ECF

1 | Leave of the Court is granted to the government to dismiss case number CR 05-70837 WDB.
2 | DATED: October 26, 2005.

WAYNE D. BRAZIL
United States Magistrate Judge

NOTICE OF DISMISSAL                     2